AMY M. KARLIN (Bar No. 150016)
Interim Federal Public Defender
BRIANNA FULLER MIRCHEFF (Bar No. 243641)
(E-Mail: brianna_mircheff@fd.org)
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-7524
Facsimile: (213) 894-0081

Attorneys for Defendant
WELTON WHEELER

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. CR 04-329-GAF-1-TJH |
|---|---|
| Plaintiff, | **ORDER MODIFYING BREIFING SCHEDULE WITH RESPECT TO DEFENDANT'S MOTION TO REDUCE AND MODIFY SENTENCE PURSUANT TO THE FIRST STEP ACT [317]** |
| v. | |
| WELTON WHEELER, | |
| Defendant. | |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that supplemental briefing in support of Mr. Wheeler's Motion to Reduce and Modify Sentence Pursuant to the First Step Act [Dkt. 305] be filed on or before December 16, 2019. Oppositions are due on or before January 16, 2020 and any reply in support of the motion is due on or before January 30, 2020.

DATED: October 30, 2019     By _____
HON. TERRY J. HATTER, JR.
United States District Judge

Presented by:

_____
Brianna F. Mircheff
Deputy Federal Public Defender